NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0814

VIVIAN FONTENOT, ET AL
VERSUS
STATE , THROUGH DOTD, AND CENTRAL LOUISIANA ELECTRIC
COMPANY

************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 62668A,
HONORABLE THOMAS F. FUSILIER, JUDGE

************

SYLVIA R. COOKS
JUDGE

************

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Marc T. Amy, Judges.

**APPEAL DISMISSED.**

**WILLIAM O. BONIN**
**103 East Main Street**
**New Iberia,  LA  70560**
**(337) 364-5762**
**COUNSEL FOR DEFENDANTS/APELLEES:**
        **Central Louisiana Electric Power, L.L.C., and Cleco Corporation**

**J. WENDEL FUSILIER**
**Post Office Box 528**
**Ville Platte, LA  70586**
**(337) 363-6661**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
        **Vivian Fontenot, Et Al.**

**JOHN W. PENNY**
**Post Office Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANTS/APPELLANTS**
   **Consolidated Companies, Et Al.**